IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA-DIVISION



Gordon :William-Haywood

Petitioner,

v.

Case Number: 1:23-CV-0093

WILLIAM HAYWOOD GORDON ESTATE

Respondent

## PETITION FOR RELIEF

Comes now, Gordon, :William-Haywood and petitions this Court for an ORDER for relief against WILLIAM HAYWOOD GORDON ESTATE in the above style casing for relief of self and all other creditors and shows this Court the following:

### I. PARTIES

1. Gordon, :William-Haywood (herein after called "Petitioner), is the grantor and original creditor pursuant to Federal Law and has a domicile on Georgia state and is foreign to the UNITED STATES.

Gordon Petition for Relief -ND of Georgia 1

2. WILLIAM HAYWOOD GORDON ESTATE (herein after called "Respondent") is an entity created under the laws of the UNITED STATES and can be served at 1105 Bowlin Drive, Locust Grove, Georgia 30253

## II. VENUE & JURISDICTION

3. Venue is correct pursuant to 28 U.S.C 1391 as the respondent resides in Henry County, Georgia which is in the Atlanta Division of the Federal District Court of Northern Georgia.

4. Jurisdiction is proper pursuant to 28 U.S.C 1332 (a) (2) as the issue is a diversity of citizenship with a claim of more than $75,000.00 and 28 U.S.C 1334 claims under bankruptcy.

## III. AFFIDAVIT OF FACTS

5. Gordon, :William-Haywood is the grantor and original creditor of the Respondent as defined in 15 U.S.C 1602

6. Respondent is identified as a debtor with a United States Social Security number ending in 5190 and a United States Employee Identification number ending in 7269.

7. Respondent is an Estate, that has accumulated consumer debts for personal, family, or household purpose as defined in 15 U.S.C 1602 and 15 U.S.C 1692a.

8. Petitioner, being the grantor of the estate and original creditor maintains priority over all other creditors (who have claim by assignment) as title holder to the estate by recorded lien and birth certificate.

## IV. PETITIONER'S CLAIM

9. Respondent is a debtor who is generally not paying such debtor's debts as they become due, and Petitioner is being held as co-surety for the claims indebtedness of amounts exceeding $500,000.00 (See Exhibit A-attached Proof of Claim Form).

## V. REQUEST FOR RELIEF

Petitioner requests that an ORDER for relief against the Respondent for Petitioner's claims. Petitioner desires to be made whole again by compensation for damages as itemized on Exhibit A -Proof of Claim so that relief can be granted to him and all other parties of interest.

I do hereby declare that the foregoing claim for damages are true and correct under the pains of penalty of perjury under the laws of the United States of America.

__1/09/2023__
Date

_Gordon, :William-Haywood_

Gordon, :William-Haywood
117 Martin Mill Trail
Warner Robins, Georgia 31093-9998
williamhaywoodgordon@gmail.com

We, the witnesses, each do hereby declare in the presence of the Petitioner, that he has executed this instrument with signature in the presence of each of us. The Petitioner signed it willingly, that each of us hereby signs this Petition as witness at the request and in the presence of him.

Witness's Signature _Tonyara Gurdy_ Date _January 9, 2023_

Address _tonyagordon@gmail.com_

Witness's Signature _____ Date _____

Address _____

## JURAT

State of _Georgia_

County of _Henry_

On this _9th_ day of _January_, 2023. _William Hayward Gordon_ proved to me on the basis of satisfactory evidence to be the person (s) who appeared before me to be the same person who executed the forgoing document, he/she acknowledge to me that the same is free act and deed. This instrument consists of _6_ pages.

US PASSPORT – C19229476

_Teresa Harris_

Printed Name:

[Notary Seal: TERESA HARRIS, NOTARY PUBLIC, HENRY COUNTY, EXPIRES February 1, 2026]

Stamp/Commission

_[signature]_

Signature:

I CERTIFY THIS DOCUMENT IS IN NEW TIMES ROMAN FONT 14

THE REST OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK